1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
       333 Market Street, Suite 1500
5      San Francisco, California  94105
       Tel:  (415) 977-8927
6      Fax:  (415) 744-0134
       Email:  Katherine.Loo@ssa.gov
7
   Attorneys for defendant Michael J.Astrue,
8      Commissioner of Social Security

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DEVYN CHRISTIE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-08-994-PJW<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand.

///

///

-1-

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.
4   DATED: 8/18/08

_____
HON. PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ - *Katherine R. Loo*
KATHERINE R. LOO
Special Assistant United States Attorney


Attorneys for Defendant